## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL BOROZAN, on behalf of himself and all others similarly situated. | : : : : |
| Plaintiff, | : Civil Action No.: 17-11542(FLW) |
| v. | : : |
| | : **ORDER** |
| FINANCIAL RECOVERY SERVICES, INC., and JOHN DOES 1-25 | : : : |
| Defendant. | : : |

**THIS MATTER** having been opened to the Court by Aleksander P. Powietrzynski, Esq., counsel for defendant Financial Recovery Services, Inc. ("Defendant"), on a motion to dismiss; it appearing that Plaintiff Michael Borozan ("Plaintiff"), through his counsel, Joseph K. Jones, Esq., opposes the motion; the Court having considered the parties' submissions in connection with the motion pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 22nd day of June, 2018,

**ORDERED** that Defendants' motion to dismiss is **GRANTED**; and it is further

**ORDERED** that Plaintiff's claims are dismissed.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
United States District Judge